IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. | 5:14-CR-465 (GTS) |
| | ) | |
| v. | ) **Information** | |
| | ) | |
| **RICHARD WILLIAMS,** | ) Violation(s): | 21 U.S.C. §§ 841(a) & 846 |
| | ) | [Conspiracy] |
| | ) | |
| | ) 1 Count | |
| | ) | |
| **Defendant.** | ) County of Offense: | Oneida and elsewhere |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[Conspiracy]

Between approximately February 2011 and February 14, 2014, in Oneida County, in the Northern District of New York, and elsewhere, the defendant, RICHARD WILLIAMS, and others conspired to knowingly and intentionally distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). As to defendant **RICHARD WILLIAMS**, that violation involved 50 kilograms or more of marijuana, a schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

Dated: January 22, 2015

RICHARD S. HARTUNIAN
United States Attorney

By: *(signature)*
Carl G. Eurenius
Assistant United States Attorney
Bar Roll No. 511746