UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -vs-                                                    Case No. 5:14-cr-465 (GTS)

RICHARD WILLIAMS

ORDER TERMINATING SUPERVISED RELEASE

On May 27, 2015, the above named defendant was sentenced to 30 months imprisonment and 3 years of supervised release. Defendant was released from prison and commenced his term of supervised release on January 24, 2017. On April 5, 2018, Defendant filed a motion requesting that his term of supervised release be terminated early. After conferring with the Probation Department, the Court has found that Defendant has complied with the rules and regulations of Supervised Release and is no longer in need of supervision, and the Probation Officer has no objection to Defendant being discharged from Supervised Release.

Therefore, it is hereby

ORDERED that Defendant is discharged from Supervised Release, and that the proceedings in this case be terminated.

Dated:    April 10, 2018
              Syracuse, NY

_____
Hon. Glenn T. Suddaby
Chief U.S. District Judge